ACCEPTED
14-25-00049-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
4/7/2025 9:47 AM
DEBORAH M. YOUNG
CLERK OF THE COURT

**Chief Justice**
SCOTT BRISTER

**Justices**
SCOTT FIELD
APRIL FARRIS

**Clerk**
CHRISTOPHER A. PRINE



# Fifteenth Court of Appeals

P.O. Box 12852,
AUSTIN, TEXAS 78711
www.txcourts.gov/15thcoa
512-463-1610

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
4/7/2025 9:47:18 AM
DEBORAH M. YOUNG
Clerk of The Court

April 7, 2025

The Honorable Deborah M. Young,
Clerk of Court
Fourteenth Court of Appeals
301Fannin, Suite 245
Austin, Texas 77002

RE:  Court of Appeals Number: 14-25-00049-CV
     Trial Court Case Number: 2023-38047

Style: Appraisal Review Board of The Harris County Appraisal District
       v. Texas Workforce Commission and Redona Hall

Dear Ms. Young:

The Fifteenth Court of Appeals agrees with the Fourteenth Court's recommendation that the joint motion to transfer this matter to the Fifteenth Court should be granted and the case transferred to this Court as set forth in Texas Rule of Appellate Procedure 27a(c)(1)(C).

Please let me know if you need any additional information.

Sincerely,

Christopher A. Prine, Clerk

cc:  Redona Hall (DELIVERED VIA E-MAIL)
     William Cohen (DELIVERED VIA E-MAIL)
     Ramon G. Viada III (DELIVERED VIA E-MAIL)

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 99339434
Filing Code Description: Letter
Filing Description: TRAP 27A Letter
Status as of 4/7/2025 10:14 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jennifer Holloway | | jholloway@viadastrayer.com | 4/7/2025 9:47:18 AM | SENT |
| Ramon G.Viada | | rayviada@viadastrayer.com | 4/7/2025 9:47:18 AM | SENT |
| William CCohen | | Will.Cohen@oag.texas.gov | 4/7/2025 9:47:18 AM | SENT |
| Valerie Locher | | vlocher@viadastrayer.com | 4/7/2025 9:47:18 AM | SENT |
| Ramon GViada | | rayviada@viadastrayer.com | 4/7/2025 9:47:18 AM | SENT |
| Redona Hall Hall | | redona@att.net | 4/7/2025 9:47:18 AM | SENT |
| Redona Hall | | redona@att.net | 4/7/2025 9:47:18 AM | SENT |